```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 08295
   ANTONIO E CARTER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4820

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/07/2007 and was confirmed 07/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I  CURRENT MORTG         .00              .00           .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE         .00              .00           .00
BENEFICIAL HFC            CURRENT MORTG         .00              .00           .00
BENEFICIAL HFC            MORTGAGE ARRE     1800.00              .00           .00
GMAC                      SECURED VEHIC         .00              .00           .00
CINGULAR                  UNSECURED       NOT FILED              .00           .00
SBC ILLINOIS              UNSECURED       NOT FILED              .00           .00
SPRINT PCS                UNSECURED       NOT FILED              .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          238.53              .00           .00
CINGULAR WIRELESS CHICAG  UNSECURED       NOT FILED              .00           .00
CITIFINANCIAL             FILED LATE        5391.61              .00           .00
FIRST CARD                UNSECURED       NOT FILED              .00           .00
FIRST CARD                UNSECURED       NOT FILED              .00           .00
HOMECOMINGS FINANCIAL     UNSECURED       NOT FILED              .00           .00
EVERGREEN EMERGENCY SERV  UNSECURED       NOT FILED              .00           .00
NICOR GAS                 UNSECURED         1991.72              .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          925.17              .00           .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED              .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,814.00                       1,365.87
TOM VAUGHN                TRUSTEE                                            101.23
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,467.10

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                           1,365.87

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 08295 ANTONIO E CARTER
```

```
TRUSTEE COMPENSATION                                         101.23
DEBTOR REFUND                                                   .00
                                   ----------------    ----------------
TOTALS                                    1,467.10            1,467.10
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 07 B 08295 ANTONIO E CARTER